1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYBN 4325163)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
   Assistant United States Attorney
4

5       1301 Clay Street, Suite 340S
        Oakland, California 94612-5217
6       Telephone: (510) 637-3929
        Facsimile: (510) 637-3724
7       E-mail: emmet.ong@usdoj.gov

8  Attorneys for Defendant
9  NATIONAL INSTITUTES OF HEALTH

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                  EUREKA-MCKINLEYVILLE DIVISION

14  KRISTIN LAVELLE,                    )  Civil Action No. 4:22-cv-05118-YGR
                                        )
15          Plaintiff,                  )
                                        )
16     v.                               )
                                        )  **STIPULATION REGARDING ANSWER**
17  NATIONAL INSTITUTE OF HEALTH,       )  **DEADLINE AND WAIVER OF SERVICE OF**
                                        )  **SUMMONS AND COMPLAINT**
18          Defendant.                  )
                                        )
19                                      )
                                        )
20  _____)

21

22

23

24

25

26

27

28

1        To resolve issues related to service, the parties hereby stipulate to the following: (1) Defendant

2    shall have until November 11, 2022 to answer the complaint and (2) Defendant waives service of the

3    summons and complaint.  This stipulation will not alter the date of any event or any deadline already

4    fixed by the Court.

5        IT IS SO STIPULATED.

6

7    DATED:  October 20, 2022             Respectfully submitted,

8                             WATERS, KRAUS & PAUL

9                             *Michael Connett (by permission)*

10                            MICHAEL CONNETT

11                           *Attorneys for Plaintiff Kristin Lavelle*

12   DATED:  October 20, 2022             Respectfully submitted,

13                             STEPHANIE M. HINDS
                              United States Attorney

14

15                             */s/ Emmet P. Ong*

16                             EMMET P. ONG
                              Assistant United States Attorney

17                           *Attorneys for Defendant National Institutes of*

18                         *Health*

19                           *In compliance with Civil Local Rule 5-1(h)(3), the

20                         filer of this document attests under penalty of
                           perjury that concurrence in the filing of the

21                         document has been obtained from the other
                           Signatory

22

23

24

25

26

27

28