STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-mail: emmet.ong@usdoj.gov

Attorneys for Defendant
NATIONAL INSTITUTES OF HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KRISTIN LAVELLE,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTE OF HEALTH,<br><br>   Defendant. | Civil Action No. 4:22-cv-05118-YGR<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1  Pursuant to the Court's order dated September 13, 2022, Dkt. No. 8, the parties provide the following joint case management statement in this action brought under the Freedom of Information Act.

The parties have reached an agreement-in-principle to resolve this matter. In light of the foregoing, and to give the parties additional time to complete the steps necessary to finalize their agreement, the parties respectfully submit that it would be most efficient use of judicial and party resources to continue the initial case management conference and all attendant deadlines. To that end, the parties jointly request that the initial case management conference scheduled for December 12, 2022 be continued to January 16, 2023. This is the parties' first request to continue the initial case management conference.

IT IS SO STIPULATED.

DATED: December 5, 2022                     Respectfully submitted,

                                            WATERS, KRAUS & PAUL

                                             s/ Michael Connett (by permission)
                                            MICHAEL CONNETT

                                            *Attorneys for Plaintiff Kristin Lavelle*

DATED: December 5, 2022                     Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                             s/ Emmet P. Ong*
                                            EMMET P. ONG
                                            Assistant United States Attorney

                                            *Attorneys for Defendant National Institutes of Health*

                                            *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED. The initial case management conference presently scheduled for December 12, 2022 is continued to January 16, 2023. The parties shall file a joint case management statement by January 9, 2023.

DATED:_____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge